■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK HARRISON, Appellant. [836 NYS2d 482]—Appeal by the de-

fendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed November 22, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Crane, Santucci, Fisher and Carni, JJ., concur.